**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAMERON HARRUP,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:22-cv-01672** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **STEPHEN SPAULDING,** | : | |
| **Respondent** | : | |

<u>**ORDER**</u>

**AND NOW**, on this 7th day of June 2023, upon consideration of <u>pro</u> <u>se</u> Petitioner

Cameron Harrup ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the

provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED THAT**:

1.  Petitioner's petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE as
    moot**; and

2.  The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania